# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR LLAMAS,<br><br>    Petitioner,<br> v.<br>E. VALENZUELA, Warden,<br><br>    Respondent. | Case No. CV 15-03760 MWF (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) respondent's Motion to Dismiss is granted; and (3) Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED: January 29, 2016

                 _____
                  MICHAEL W. FITZGERALD
                  UNITED STATES DISTRICT JUDGE