# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR LLAMAS, | Case No. CV 15-03760 MWF (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| E. VALENZUELA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  January 29, 2016

_____
   MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE